# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 08-01060 JVS (RNBx) | Date October 8, 2008 |
| Title Dutciuc v. Meritage Homes of Arizona, Inc | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

  _X_  Complaint, filed September 22, 2008

  __ Notice of Removal ("Notice") filed

by Mahai Dutciuc.

The initial pleading purports to invoke jurisdiction Court on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Complaint, ¶ 1.)  Jurisdiction on this basis requires complete diversity.

The following party to the action is alleged to be a limited liability company ("LLC"):

MTH Mortgage LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 08-01060 JVS (RNBx)                    Date  October 8, 2008

Title  Dutciuc v. Meritage Homes of Arizona, Inc

tell if jurisdiction has been properly invoked.

      The plaintiff/removing party is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.  If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

                                                                                                   0  :  0

Initials of Preparer   kjt